Michael Mogan (304107)
Law Office Of Michael Mogan
1439 N. Highland Ave., PMB 1116
Los Angeles, CA 90028
Telephone: (949) 424-5237
Fax: (949) 630-0477
mm@michaelmogan.com
Attorney for Plaintiff
Joshua Tree Brewery LLC

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSHUA TREE BREWERY, LLC<br><br>Plaintiff<br><br>v<br><br>BALANCE ROCK BREWING COMPANY, Inc.,<br>DARIO GUERRA and SHARON BLISS GUERRA<br><br>Defendants.<br><br>BALANCE ROCK BREWING COMPANY INC.<br>Cross Complainant<br><br>v.<br><br>JOSHUA TREE BREWERY, LLC<br><br>Cross Defendant | CASE No. 5:20-cv-00361-SHK<br><br>Judge: HON. SHASHI H. KEWALRAMANI<br>ORDER RE:<br>JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Hearing Date: N/A<br>Time:          N/A |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Cross-Defendant JOSHUA TREE BREWERY, LLC and Defendant and Cross-Complainant BALANCE ROCK BREWING COMPANY, Inc. and Defendants DARIO GUERRA and SHARON BLISS GUERRA have reached a settlement in the above-referenced case. The parties have signed a formal settlement agreement ("Settlement Agreement").

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Cross-Defendant JOSHUA TREE BREWERY, LLC and Defendant and Cross-Complainant BALANCE ROCK BREWING COMPANY, Inc. and Defendants DARIO GUERRA and SHARON BLISS GUERRA hereby stipulate that all claims and counterclaims in the above-captioned action be dismissed, without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: September 6, 2022        **LAW OFFICE OF MICHAEL MOGAN**

                                                By: *s/ Michael Mogan*
                                                   Michael Mogan (SBN 304107)
                                                   Attorney for Plaintiff

                                              JOSHUA TREE BREWERY, LLC

Dated: September 6, 2022        **LAW OFFICE OF GEORGE L. STEELE**

                                              By: *s/ George L Steele*
                                                 George L. Steele (SBN 189399)
                                                 Attorneys for Defendants

                                              BALANCE ROCK BREWING
                                              COMPANY, Inc., DARIO GUERRA
                                              and SHARON BLISS GUERRA

**IT IS SO ORDERED**

Dated: September 12, 2022

_____

HON. SHASHI H. KEWALRAMANI
**United States Magistrate Judge**

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022 I have caused the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE to be to be filed and served upon counsel of record through the Court's electronic service system (ECF/CM) [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

I hereby certify that on September 7, 2022 I have Electronically Mailed the documents to the following person(s) via (ECF/CM):

George L. Steele (SBN 189399)
Law Offices of George L. Steele
2222 Foothill Boulevard, Suite 301
La Cañada, California 91011
Telephone: (626) 405-4910
Facsimile: (626) 388-9759
Email: gsteele@glslaw.net
Attorneys for Defendant
BALANCE ROCK BREWING CO., INC.
 Dario Guerra and Sharon Guerra

Dated: September 7, 2022

/s/ Michael Mogan

Michael Mogan
*Attorney for Plaintiff*